THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARLEM WEST MUSIC GROUP,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>YOUTUBE, LLC, et al.,<br><br>　　　　Defendants. | CASE NO.: 21CV448 DMS KSC<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO ANSWER** |

IT IS HEREBY ORDERED that, based on the parties' Joint Motion to Extend Time to Answer, Defendant YouTube, LLC's ("Defendant") time to answer, move or otherwise respond to the Complaint is extended to and including May 6, 2021.

Dated:  April 16, 2021

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court